KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 336850
Email: kps@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Respondent*
*Ignite International Brands, Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Applicant,<br><br>    v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD.,<br><br>            Respondent. | Case No: 2:22-mc-00172<br><br>**SECOND DECLARATION OF SCOTT ROHLEDER IN RESPONSE TO SEC'S APPLICATION FOR AN ORDER TO SHOW CAUSE** |

I, Scott Rohleder, hereby state as follows:

1.   I am the Chief Financial Officer for Ignite International Brands, Ltd, a Canadian company ("Ignite").

2.   I am submitting this Second Declaration in response to the Securities and Exchange Commission's Application for an Order to Show Cause filed August 29, 2022, and the SEC's recent Response to the Court's September 8, 2022 Civil Minutes to Show Cause Why Application Filed On August 9, 2022 Should Not Be Denied or Dismissed Without Prejudice.

3. I am competent to testify to the facts stated herein, which are based on personal knowledge unless stated otherwise, and if called upon to testify, I could and would testify competently to the following.

4. Several months ago, the auditor for Ignite informed me his firm had received a subpoena from the SEC requesting all the firm's documents and work papers with respect to its audits of Ignite's financial statements. I advised our auditor that Ignite had no intention of opposing the subpoena and that it should produce whatever documents were requested. I was later informed Ignite's auditor had made a full production. Therefore, in responding to the subpoena issued to Ignite, we made no attempt to duplicate the auditor's production as we knew the SEC was in possession of those documents.

5. On September 6, 2022, on behalf of Ignite, Paul Hughes, General Counsel for Ignite, provided the SEC with 587 megabytes of data, totaling approximately 91,976 pages which represented all the documents in Ignite's possession, custody or control that would satisfy the Subpoena, except for the documents already provided to the SEC by Ignite's auditors. Contrary to the claim by the SEC, Ignite produced a number of Audit Committee pre-reads, which were in File Folder 8.

6. It should be noted that the SEC made no effort to address the document production with me or Ignite's General Counsel, Paul Hughes, who has been in contact with the SEC and was readily available to Patricia Pei, SEC attorney. It is clear that Ignite has advised the SEC on multiple occasions that it intends to cooperate and comply with the SEC's document production request but it is also clear that the SEC is more interested in creating conflict and involving the courts than Ignite's cooperation and good faith.

7. The Application for an Order to Show Cause should be dismissed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on the 15th day of September, 2022 in Cary, North Carolina.

/s/  Scott Rohleder
*Declarant*

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on September 15, 2022, that I electronically filed the above and foregoing document entitled **SECOND DECLARATION OF SCOTT ROHLEDER IN RESPONSE TO SEC'S APPLICATION FOR ORDER TO SHOW CAUSE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/*Andi Hughes*
An employee of Flangas Law Group