KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 336850
Email: kps@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Respondent*
*Ignite International Brands, Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Applicant,<br><br>        v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD.,<br><br>                    Respondent. | Case No: 2:22-mc-00172<br><br>**THIRD DECLARATION OF SCOTT ROHLEDER IN RESPONSE TO SEC'S APPLICATION FOR AN ORDER TO SHOW CAUSE** |

I, Scott Rohleder, hereby state as follows:

1.      I am the Chief Financial Officer for Ignite International Brands, Ltd, a Canadian company ("Ignite").

2.      I am submitting this Third Declaration in response to: (1) the Securities and Exchange Commission's Application for an Order to Show Cause filed August 29, 2022; (2) the SEC's recent Response to the Court's September 8, 2022 Civil Minutes to Show Cause Why Application Filed On August 9, 2022 Should Not Be Denied or Dismissed Without Prejudice; and (3) the Court's September 16, 2022 Order [ECF 9].

-1-

3.     I am competent to testify to the facts stated herein, which are based on personal knowledge unless stated otherwise, and if called upon to testify, I could and would testify competently to the following.

4.     On Monday, September 19, 2022, pursuant to the Court's September 16, 2022 Order, on behalf of Ignite, Paul Hughes, General Counsel for Ignite, conferred with Patricia Pei, Senior Counsel, Division of Enforcement for the SEC and Gary Leung, Regional Trial Counsel for the SEC.  Ms. Pei and Mr. Leung expressed their views with respect to what they believed Ignite was required to produce pursuant to the SEC's April 29, 2022 subpoena.

5.     Mr. Hughes then directed me to produce all the documents that Ignite could find, including documents not within Ignite's custody or control, that might satisfy the SEC.  I personally reached out to third parties and solicited documents that we hoped would satisfy the SEC.  Fifty-six additional documents totaling approximately 1,370 pages were obtained and produced to the SEC on September 23, 2022.  Ignite has solicited and been promised more documents from third parties which we expect to receive and promptly produce next week.

6.     It is my belief that Ignite has complied with the SEC's subpoena, and, in fact, has gone beyond what is required under its obligations.

I declare under penalty of perjury on the 23rd day of September, 2022 in Cary, North Carolina under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*Scott J. Rohleder*
_____
*Declarant*

## **<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, do hereby certify that on September 23, 2022, that I electronically filed the above and foregoing document entitled **THIRD DECLARATION OF SCOTT ROHLEDER IN RESPONSE TO SEC'S APPLICATION FOR ORDER TO SHOW CAUSE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/*Andi Hughes*
An employee of Flangas Law Group
