UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 22-MC-172-MCS(Ex) | Date | September 28, 2022 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. IGNITE INTERNATIONAL BRANDS, LTD. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**         (IN CHAMBERS)

The Securities and Exchange Commission ("Applicant") filed papers on August 29, 2022, seeking an order compelling compliance with an administrative subpoena. Ignite International Brands, Ltd. ("Respondent") filed a responsive declaration on September 7, 2022. Applicant and Respondent filed additional papers in response to orders to show cause issued by the Court on September 8, 2022 and September 16, 2022. As stated in the latter order to show cause, the Court has taken the matter under submission without oral argument.

An order compelling compliance with an administrative subpoena properly issues if: (1) the applicant shows (a) the "investigation will be conducted pursuant to a legitimate purpose," (b) the subpoena seeks information that "may be relevant to the purpose," (c) "the information sought is not already within [the applicant's] possession," and (d) all "administrative steps required . . . have been followed;" and (2) the respondent fails to show that the discovery is sought "for an improper purpose." United States v. Powell, 379 U.S. 48, 57-58 (1964).

The Court finds that Applicant has shown the above stated requisites (1)(a) - (d) for the order sought. The Court further finds that Respondent has failed to show that the discovery is sought for "an improper purpose."

Applicant and Respondent appear to continue to dispute the extent to which Respondent has produced documents responsive to the subpoena. However, it is evident that Respondent failed timely and completely to produce all of the subpoenaed documents within Respondent's possession, custody or control. Contrary to Respondent's argument, no showing of "probable cause" need precede the enforcement of the subpoena. See id. at 57; United States v. Church of Scientology, 520 F.2d 818, 821 (9th Cir. 1975).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 22-MC-172-MCS(Ex) | Date | September 28, 2022 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. IGNITE INTERNATIONAL BRANDS, LTD. | | |

   Therefore, it is ordered that, within forty-five (45) days of the date of this Order, Respondent shall produce to Applicant all of the subpoenaed documents within Respondent's possession, custody or control. It is further ordered that this Court will retain jurisdiction over this matter, if necessary to give full effect to this Order.

cc:  Judge Scarsi
   All Counsel of Record

                   Initials of Deputy Clerk <u>VMUN</u>